IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER MCMILLIAN , <br> Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Respondent. | MOTION TO VACATE <br> 28 U.S.C. § 2255 <br><br> CRIMINAL ACTION NO. <br> 1:21-CR-110-SCJ-01 <br><br> CIVIL ACTION NO. <br> 1:24-CV-2121-SCJ-LTW |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Linda T. Walker [Doc. 7], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, it is hereby **ORDERED** that Movant Christopher McMillan's *pro se* motion under 28 U.S.C. § 2255 [Doc. 3] is **DENIED** for lack of jurisdiction and as time barred, that a Certificate of Appealability is **DENIED**, and that civil action number 1:24-CV-2121-SCJ-LTW is **DISMISSED**.

**IT IS SO ORDERED**, this 24th day of July, 2024.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE